UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

          RE:    Ararat AMBARTSOUMIAN
                Docket Number:   2:03CR00546-02
                **RECOMMENDATION FOR WAIVER
                OF BUREAU OF PRISONS RESIDENTIAL
                REENTRY CENTER SUBSISTENCE FEES**

Your Honor:

The purpose of this memorandum is to respectfully recommend that the Court make a judicial recommendation to the Bureau of Prisons that the Residential Re-entry Center (RRC) subsistence fees be waived in this matter.

On April 21, 2008, as a sanction for violation conduct, including the submission of falsified documentation concerning his restitution payments, the Court ordered the probationer reside in and participate in a RRC program for a period of 180 days, as directed by the probation officer.  However, at that time, the supervising probation officer in the Central District of California inadvertently failed to request that the subsistence fees be waived, as the probationer is currently unemployed and owes $468,000 in restitution.  The probationer is currently seeking employment, but at this time, he is unable to pay this subsistence fee.

Should Your Honor concur with this recommendation, please note your response in the space provided below.  Should you have any questions or require additional information, please contact the undersigned officer at (916) 786-2947.

                Respectfully submitted,

                /s/ Richard A. Ertola

**RE:**   **Ararat AMBARTSOUMIAN**
   **Docket Number:   2:03CR00546-02**
   **RECOMMENDATION FOR WAIVER**
   **OF BUREAU OF PRISONS RESIDENTIAL**
   **RE-ENTRY CENTER SUBSISTENCE FEES**

### RICHARD A. ERTOLA
#### Supervising United States Probation Officer

Dated:   June 10, 2008
   Roseville, California
   RAE:jc/cd

cc:   Anuja Gregg, USPO
   Central District of California
   Daniel S. Linhardt, Assistant United States Attorney
   Dwight M. Samuel, Appointed Defense Counsel

---

### THE COURT ORDERS:

(XX)   The Court recommends that the Residential Re-entry Center (RRC) subsistence fees be waived in this matter.

( )   Denied

( )   Other:

**Dated: June 11, 2008**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**